Dismissed and Opinion filed October 17, 2002









Dismissed and Opinion filed October 17, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00731-CV

____________

 

ALBERT CHERQUI, Appellant

 

V.

 

WESTHEIMER STREET FESTIVAL CORPORATION, CITY OF
HOUSTON, and JOHN BRYSON, Appellees

 



 

On
Appeal from the 215th District Court

Harris County, Texas

Trial
Court Cause No. 00-15665

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed April 17, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On September 17, 2002, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed October 17, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P.
47.3(b).